UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| BRIAN B. DEVEREUX and RENEE DEVEREUX, ) <br> ) <br> Plaintiffs, ) <br> ) <br> ) <br> v. ) <br> ) <br> KNOX COUNTY, TENNESSEE, et al., ) <br> ) <br> Defendants. ) | No. 3:17-CV-197-JRG-HBG |

## **ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

The parties appeared via telephone before the Court on November 26, 2018, over a discovery dispute. Attorney Richard Collins was present on behalf of Plaintiffs. Attorney David Wigler was present on behalf of Defendants. During the telephone conference, the parties reported to the Court that Dr. Gaines's deposition had been scheduled. Defendants asserted that Dr. Gaines's expert disclosure is insufficient under Federal Rule of Civil Procedure 26(a)(2)(B). The Court found that Dr. Gaines's disclosure is sufficient under Rule 26(a)(2)(B) and that the parties shall proceed with his deposition. Further, Defendants requested leave to file a *Daubert* motion with respect to Dr. Gaines's opinion. The Court granted Defendants' request and ordered Defendants to file their motion within one week of receiving the transcript from Dr. Gaines's deposition.

**IT IS SO ORDERED**.

ENTER:

_____
United States Magistrate Judge